UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND,<br>*Plaintiff,*<br><br>v.<br><br>ELDRED AIR CONDITIONING, INC., d/b/a ELDRED A/C,<br>*Defendant.* | Case No. 1:23-cv-1012 (MSN/LRV) |

### ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Lindsey R. Vaala on December 15, 2023 (Dkt. 18) ("Recommendation").[1] Having reviewed the record and Judge Vaala's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **GRANTED**; it is further

**ORDERED** that judgment by default in the total sum of **$44,358.84** is entered against Defendant Eldred Air Conditioning Inc., in Plaintiff's favor, which includes **$40,748.09** in amounts due for unpaid contributions, interest, and liquidated damages, and **$3,610.75** in attorneys' fees and costs.

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Vaala's Recommendation was December 29, 2023. Because no such objections have been filed, the Court embraces Judge Vaala's analysis without reservation.

1

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure and to close this civil action.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
January 23, 2023